[No. 28881-8-II. Division Two. July 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ATLAS DAVIS III, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-03574-4, Thomas Felnagle, J., entered May 10, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 28985-7-II. Division Two. July 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN RUSSELL TWAITES III, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-01210-0, Marywave Van Deren, J., entered June 21, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 29773-6-II. Division Two. July 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA KEVIN PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-8-00447-7, James J. Stonier and Jill Johanson, JJ., entered September 18, 2002. *Reversed* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[No. 20475-8-III. Division Three. July 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JON B. WAHL, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 00-1-00431-9, Donald W. Schacht, J., entered August 13, 2001. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.